562 U.S. 958, 131 S. Ct. 500, 178 L. Ed. 2d 284, 2010 U.S. LEXIS 8126.

October 12, 2010. Application to vacate the stay entered by the United States Court of Appeals for the Ninth Circuit, case No. 10-35832, addressed to Justice Kennedy and by him referred to the Court, denied.

**No. 10M35. Jerome Woods, Petitioner v. Bill McCollum, Attorney General of Florida.**

562 U.S. 958, 131 S. Ct. 496, 178 L. Ed. 2d 284, 2010 U.S. LEXIS 8026.

October 12, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M36. Pearson Dental Supplies, Inc., Petitioner v. Superior Court of California, Los Angeles County, et al.**

562 U.S. 958, 131 S. Ct. 497, 178 L. Ed. 2d 284, 2010 U.S. LEXIS 7967.

October 12, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 48 Cal. 4th 665, 108 Cal. Rptr. 3d 171, 229 P.3d 83.

**No. 137, Original. State of Montana, Plaintiff v. State of Wyoming and State of North Dakota.**

562 U.S. 958, 131 S. Ct. 497, 178 L. Ed. 2d 284, 2010 U.S. LEXIS 7954.

October 12, 2010. The first exception to the Special Master's First Interim Report is set for oral argument in due course. The second exception is recommitted to the Special Master. Wyoming's motion to dismiss is denied. The motion of the Special Master for allowance of fees and reimbursement of expenses is granted, and the Special Master is awarded a total of $72,008.74 for the period June 13, 2009, through July 9, 2010, to be paid equally by Montana and Wyoming. Justice Kagan took no part in the consideration or decision of these exceptions and these motions.

**No. 09-400. Vincent E. Staub, Petitioner v. Proctor Hospital.**

562 U.S. 958, 131 S. Ct. 497, 178 L. Ed. 2d 284, 2010 U.S. LEXIS 8000.

October 12, 2010. Motion of Equal Employment Advisory Council for leave to file a brief as amicus curiae out of time granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 09-987. Arizona Christian School Tuition Organization, Petitioner v. Kathleen M. Winn, et al.**

**No. 09-991. Gale Garriott, Director, Arizona Department of Revenue, Petitioner v. Kathleen M. Winn, et al.**

562 U.S. 959, 131 S. Ct. 497, 178 L. Ed. 2d 284, 2010 U.S. LEXIS 8121.

October 12, 2010. Motion of petitioner Arizona Christian School Tuition Organi-

zation for divided argument denied. Motion of petitioner Gale Garriott and the Acting Solicitor General for leave to allow the Acting Solicitor General to participate in oral argument as amicus curiae and for divided argument granted, and the time is to be divided as follows: 15 minutes for petitioner Gale Garriott, and 15 minutes for the United States.